IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CONNIE S. HAMILTON,                          3:13-CV-01584-AC

               Plaintiff,              ORDER

v.

CAROLYN W. COLVIN, Acting
Commissioner, Social Security
Administration,

               Defendant.

BROWN, Judge.

    Magistrate Judge John V. Acosta issued Findings and

Recommendation (#19) on September 15, 2014, in which he

recommends the Court affirm the Commissioner's decision denying

Plaintiff's application for disability insurance benefits and

supplemental security income.  Plaintiff filed timely Objections

to the Findings and Recommendation.  The matter is now before

this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of

Civil Procedure 72(b).

1  - ORDER

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.   28 U.S.C. § 636(b)(1).   *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009)*; United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

This Court has reviewed the record *de novo,* including Plaintiff's Objections.   The Court concludes Plaintiff's Objections do not provide a basis to modify the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#19).   Accordingly, the Court **AFFIRMS** the Commissioner's decision and **DISMISSES** this matter.

IT IS SO ORDERED.

DATED this 25th day of November, 2014.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2  - ORDER